Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia ▾

_____ Norfolk_____ Division

| | |
|---|---|
| Jennifer Wilson | Case No. $2:18cv47$ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☑Yes ☐No |
| -v- | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jennifer Wilson |
| Street Address | 4283 Llewellyn Ave |
| City and County | Norfolk |
| State and Zip Code | Virginia |
| Telephone Number | 7576191188 |
| E-mail Address | thesalvationseries@yahoo.com |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | Loancare LLC, A Servicelink Company |
| Job or Title *(if known)* | Human Resources |
| Street Address | 3637 Sentara Way |
| City and County | Virginia Beach |
| State and Zip Code | Virginia |
| Telephone Number | (757) 452-5453 |
| E-mail Address *(if known)* | alyce.davidson@loancare.net |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**C.     Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Loancare LLC, A Servicelink Company |
| Street Address | 3637 Sentara Way |
| City and County | Virginia Beach |
| State and Zip Code | Virginia |
| Telephone Number | (757) 452-5453 |

**II.     Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑        Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐        Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐        Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑        Other federal law *(specify the federal law)*:

Retaliation, Workplace Harassment, Wrongful Termination

☐        Relevant state law *(specify, if known)*:

☐        Relevant city or county law *(specify, if known)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☑ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☑ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☐ Other acts *(specify)*:

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)
September 2016-October 13, 2017

C.    I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☑ is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☑ race
- ☐ color
- ☐ gender/sex
- ☐ religion
- ☐ national origin
- ☐ age *(year of birth)*                         *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

E.    The facts of my case are as follows. Attach additional pages if needed.

Attached

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
5/1 2017

B.   The Equal Employment Opportunity Commission *(check one)*:

☐   has not issued a Notice of Right to Sue letter.

☑   issued a Notice of Right to Sue letter, which I received on *(date)*   12/23/2017

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.   Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐   60 days or more have elapsed.

☐   less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am seeking 12 Million Dollars:
I have over 30 claims in which I feel that I was discriminated against. The EEOC has 300,000 per claim and if you times 30 by 300,000 you would get 9 million dollars. I am also seeking 3 million for intentional infliction of emotional distress.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        01/22/2018

Signature of Plaintiff

Printed Name of Plaintiff      Jennifer Wilson

### B.   For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Let me first start by saying that it takes a lot to get me to complain. I feel and know that the incidents that I have faced were systemic racism where I was ambushed. I did a risk assessment and realized the actions brought on me far outweigh any repercussions; this company gets WORSE as the days go by. I also want to state that people get away with what you allow them to get away with and I am not going allow this company continuing to disenfranchise, hate and treat me badly. The complaints separately might just be summed up by miscommunication but together these instances point to a systemic form of racism that has cost me money time and tears. What LoanCare has done is a violation of section VII. I will cite unfair employment practices and unwanted treatment that would not have been done if it were a white employee or any other employee (same race discrimination). Subjecting my work to heightened scrutiny, denial of a lateral position, or from becoming a Customer Service Representative II in which I would receive a raise and a higher bonus incentive is a way to keep me from growing and was a way to keep me in my place and not learn more about the mortgage industry. I'm a dominator and I excel in everything I do and they possibly felt intimidated and fearful that one day I would be in their position. I realized they only want to pay me so much and undermined my value. I felt my qualifications were ignored. When I did complain to my supervisor, Dargis Martinez, she told me she would check with Benita, my complaint was ignored. I also feel that I have been treated more harshly when it comes to write-ups; NOW I AM NOT getting bonuses because of a write-up. It's horrible because I'm being punished for getting sick, something I can't control. After all of this my productivity failed, this was my side effect of the verbal abuse and abuse overall.

I feel that I am also a victim of same race discrimination. I had experienced egregious acts by a former company and I quit without addressing or dealing with the problem. This was a mistake on my part because I realized with LoanCare that I was going to continue to run into the same problem until I handled the situation at hand. So now I'm deciding to speak up and make sure my conscious is clear. So now I want to enumerate the egregious acts done to me by LoanCare.

The first month after my 90-day review I was monitored on a phone call by my former supervisor Jessica Jackson. On this call from a 3rd party, Jessica stated that I did not properly verify the phone call. Well, a few days later I was called into a meeting where Jessica had informed me that the phone call was in a write-up status and I was in danger of being fired if I did anything else wrong. This was odd because protocol from the hand book states that I need to go on a verbal first before I get a write-up. She had me sign the write-up and therefore I would be in a write-up status for 6months. Because I didn't know any better, because I was still new, I signed the paper ensuring myself that I will do better. During the time I was

with her, I received many inaccuracies, like not getting the password to Freedom Mortgage files and getting called into the SVP'S office because I couldn't bring up a customer's account with the Social Security Number. All of these acts became disconcerting because I felt the intent of my supervisors actions were not to help me do better but rather to hinder, hurt and destroy my Spirit. I love feedback and part of corporate life is feedback, right? But the feedback I was getting was mixed with lies or all lies. And I asked myself, why would a supervisor lie? Suddenly the environment became passive-aggressive. That's why I go by the handbook, if it's not in the handbook, then it's not true. So, I still excelled at my job and when my write-up was complete, 6months later, I started applying for jobs. I received an offer for an interview as a Transfer Specialist and I let Jessica know, because she would have to send an email releasing me to another department. Jessica came to me and stated that because of my write-up I could not apply for jobs in other departments. I told her that my six months was up, and she stated that because of the severity of the write-up that it can last longer than six months. I took my complaint to Human Resources, here is the complaint:

Good Morning,

I have a complaint against my sup Jessica Jackson. And let me first say that I am doing this anonymously because I do not want a meeting or a session where my true feelings cannot be brought forth for fear of being fired or unfairly treated in the end.

I came in eight months ago and I received a new sup; I have never been under any other sup at LoanCare except for Jessica Jackson. About a month into my time in Customer Service, I was moved with another new employee next to my sup Jessica Jackson. This was done so that if we had a problem I can go straight to the supervisor for any answers. I felt this was good because I did not have to bother my neighbor for any answers and I am getting the right information as well. Lately, however I feel this situation is a hindrance. An example would be last week when I had finished speaking with a borrower. An hour after speaking with her she had called and got David Jones, who came in a month after me. He had contacted me by email stating that all I had to do for this Bwr instead of submitting a task was go into Freedom EDMS. Freedom EDMS is a program, he explained, that will be obsolete next month. When I spoke with David, I informed him that I did not even know about Freedom EDMS and therefore was not trained on how to use it. (If I had been then I would have used it). David said, "No worries, all I had to do when I found the document was just email the sup to send it to the Bwr."

This got me thinking: why did I not know about the program? Knowing about **all** programs would help deescalate my calls, help fulfill one call resolution and help keep my calls at 10 calls per hour.

Another situation was when I did not have Right fax. I thought that I did not have Right fax, and what I was told by my sup Jessica, because Right fax contains important documents and I should not have access until I could handle important documents. I believed her and continued learning. Come to find out in January, David Jones had access to Right fax. Again, I questioned and and thought why did I not have access to this information sooner, after all I'm sitting right next to the sup. She, at some point, could put me in Assistance and told me that I should use Right fax. Instead I was struggling to keep my calls up and having to email her after every call where the bwr requests a document (this is time consuming). When I had to email, I was told numerous times after the email had been sent that something had been missing from the email and therefore the bwr was not sent the document. All this time, I feel was wasted, when I could have used the Right fax program and emailed the customer. I feel that not having Right fax disrupted my chances of getting my bonus for two months because I remained in follow-up or hold

emailing Jessica for a file that needed to go out. I feel I should be refunded, but because this is anonymous I will let that go.

Also yesterday when I asked about going on vacation she stated that I would have to cc Maurice and follow protocol (this is something I already knew) but because Maurice was out of the office I knew I would receive an auto reply. So I initially didn't email Maurice. I did (on the next email) cc Maurice but it was the way she stated "You have to follow protocol." As if I had just murdered someone and the dead body was lying on the floor next to me and she in turn was thinking: "You killed someone." It was an odd feeling and I never seen her look at me like that before. I feel this is important, the fact that she treated me like a criminal, because it brings me to my next point.

Last week, I was called into the Suffolk room. I was told that I am past verbal and now I am in a written status and this status comes from Human Resources because they deemed it necessary. She went over all of the escalated calls that were previously discussed in my time with the company. Some of the calls I don't remember because they were over a month ago. But the one call that stood out in my mind was the call that I had last week. This call was about a guy that had been calling, I believe, multiple times trying to get his 1040 D. He also stated that he needed this document in 3 days. I had seen this document in previous loan files before, so I went to my sup and asked if she could escalate this request. She had asked me if the borrower had said it was urgent, I said yes based on the fact that the borrower needed it in 3 days. When Jessica reviewed the call she told me that because the borrower did not say "urgent" that I should not have escalated the call. But what should I have done, say to the borrower "Sorry. You have to wait 10 days for the document" when he needed the document in 3. Eventually he was going to ask for a supervisor because he, like anyone else, would want the document ASAP if it can be given. It turned out that that document could not be retrieved, but how is that my fault; I did everything that I knew to do for the borrower. Then when the call was reviewed by her she called me a liar because I had stated that it was urgent when the borrower did not utter those words. I am not a liar and to be called a liar is hurtful. To sum up the whole matter, I feel like sitting next to Jessica is only giving me breadcrumbs and has not furthered me in my knowledge. I feel that those situations, although important, are skewed to deem me a liar and I don't like it.

Sincerely,

Anonymous



Later, around 3 days later I revised the letter to include my name:

Hello.

I am writing a revised version to my anonymous complaint against my sup Jessica Jackson. The revision is that I am willing to put my name on this complaint.

God put food on my table, God gave me my car and a place to lay my head before this job and he will continue to provide for me hereafter; no matter what happens I'll be fine.

But I have to consider anyone after me who is given a nonsense review and not provided with the full amount of resources. You see, this man or woman after me might have five kids they have to feed or they might need some type of medical plan for themselves or their kids and I have to fight for them.

That's why I am giving my name and asking for a review to be done to see if I was given all of my resources and also to see if I should be given my bonus during the months in which I had to email my sup when I didn't have right fax.

I want a review to be done to see if I was properly managed. So that you know, my name is Jennifer Wilson hired in September of 2015. My agent ID is 5143.

Thanks

To make a long story short, I switched to day shift where I was no longer under Jessica Jackson, but was now under Dargis Martinez.

Now with Dargis Martinez the same thing Jessica Jackson stated was perpetuated by Dargis: That I could not apply for other jobs in other departments. Then in January, a girl from the Escalations team stated that the longest a write-up could last is six months. Again, I went to human resources and complained. Dargis came to me and stated that I could apply and that she was not holding me back. So I applied for jobs in other departments, at this point I was six months behind my job goal, but I bit the bullet and continued to apply. Then several people that were around me moved to other departments, meaning they got job offers. I thought this was odd because I had one of the best, if not the best, numbers in the department, I also had loads of experience and I had my Bachelor Degree and 9 credits toward my Maters degree from Regent University. So I should have been one if the first ones to leave my department , considering the fact that the people that were pulled from the current department didn't have their degrees, their numbers were way less than mine and some of them started in my department after me and I had seniority. So I spoke with Dargis and she stated that the process takes time. But the girl who sat next to me on the phones went for an interview one week and two weeks later she was in her new position and the same went for everyone else. I feel that she failed to refer me for employment for an extended amount of time. I did not even get an interview so I complained to Benita.

Here is the complaint:
Good Afternoon,

My name is Jennifer Wilson and I am on Dargis Martinez's team. I was referred to you by Candace Jones, the current Team lead for Dargis Martinez. The reason for this letter is that I feel that I have been unfairly treated in the Customer Service Department and I fell that this is a collective effort. I feel that there are person(s) participating in unequal treatment by denying me a deserved and equal opportunity to move into another department. Although unequal treatment in the workplace does not violate the law [NOW I KNOW DIFFERENTLY] it is a result of poor management and I feel that a move into another department will improve my work environment.

I previously wrote to Karen Radford and I wrote a three-page letter to human resources before about the problems I had been having in Customer Service with my previous supervisor Jessica Jackson.  Now that I have not been under Jessica Jackson for months and I still have been having problems out of CS, I am now feeling this is a collective effort from everyone in a senior position.

When I was first hired, I was told that after a year I could apply for other positions. When September came I started applying and I was told that I could not apply because I had a write-up that would hinder my employment in another department. After that was found to be false, I started applying again in January- around four months after my year. I received two interviews and I went to both interviews. I have not received a reply from either interview. I do understand that it takes time, but it has been over a month.

During this whole time, people who came into customer service after me have received job offers and I have not. I have done the best in Customer Service; no one has exceeded my CPH since I have been here. I have been doing twice the work in an attempt to get out of Customer Service.

The reason I want to get out of Customer Service is because I feel this position is not a challenge anymore. I feel that management in Customer Service doesn't understand that sometimes people, like me, need a challenge to keep them motivated.

Rather than run away and quit, I will choose to battle for another position. I feel this is only fair. What I would like to be done is ultimately get another position in the company. I feel that I have been stopped long enough and I would like something done in regards to this email. I feel that as an employer you should take my complaint seriously and ensure that the person (s) acting inequitably does not repeat the treatment.

Thanks,

I had cc'd Karen Radford on this email and spoke with her. A day after I complained I got a job interview, so I thanked human resources and went on the interview and got the job offer. Then the money I was offered was the same pay I get in customer service 13.07/hour minus the bonus. This would be a demotion for me. So many people who left took this deal, but some people were offered 35000/year, which is what I thought I would be making if I transferred because that was the amount I made last year. So human resources would not lose any money by transferring me to another department because my pay would be the same. Because this was not the case I had to decline, because I would be losing $800/month and I could not do that.

In the midst of the job situation new incentives were rolled out and, again, because my numbers were impeccable and I met all the metrics, I just knew I was going to get Customer Service Specialist II (I've sent you the paperwork I received pertaining to the bonuses). With this position I would also get a pay raise as well as higher bonuses. My supervisor, Dargis, stated that I did not receive position II because I had a 90 in quality in November. I asked her in May where does it state in the paperwork that the bonus was determined month to month. She pointed out wording that did not highlight that guideline. All year bonuses have been given out monthly based on the average. This is fair because you're going to have good and bad days on the phone. Now they want to do bonuses month to month when it's not in the paperwork and they have been going by the average all year! They failed to distribute the guideline stating how the requirements should be met. Being as though the rules changed these guidelines should have been handed out. The same for removing my bonus because I was on a write up. This new corrective action is not in the handbook and I only knew about the guideline after I had been written up. Without this guideline being in the original paperwork, how do I know if this

new way of disbursing bonuses was implemented on everyone? Are other people being reprimanded the in the same manner for similar misconduct. I'm crying foul. They made that regulation up so that I wouldn't get a bonus. Now, they put me on a write-up again but this time I don't get my bonus the whole time I'm on this corrective action. Management is allowing this to occur.

I work hard on the Customer Service  floor and it's not easy getting 11 calls per hour, much less the 14 calls per hour I got in January and I feel that all of these examples represent institutionalized racism that ultimately led up to wage discrimination. I feel this is a collective effort done by LoanCare to keep me disenfranchised. If a black person did get hired in those other positions it would be a "preferred" black employee that is more docile and not outspoken. For example, a company fires all Hispanic employees so that they can hire undocumented Hispanic employees so that they can pay them less money and also they might be less likely to complain.  If it were just 1 supervisor I would complain to human resources again but because I feel that the determination for my bonus passed through too many hands for there to be any mistakes and they all came to the same conclusion of not promoting me, I feel that it's collective racism and it needs to stop. What else could it be? I feel that maybe this has happened in the past or currently to many people and they did not speak up because they may have kids and don't want to lose their job or maybe they did not know how to fight because institutionalized racism is sometimes not overt. But I am speaking out stating that the buck stops with me. This whole ordeal was an ambush from the start.

In summary:

I want to take the time to write down all of the negative acts in addition to the horrible treatment cited above that I have experienced with LoanCare. So that I don't miss anything I will enumerate each act and why I feel these acts were discriminatory.

1. Verbal Abuse: I had experienced verbal abuse about three times while I was with supervisor Jessica Jackson. The first one was when I was called into the SVP's office. The SVP at that time was Warren, Caroline Caroline.Warren@loancare.net. It happened after I went to the sup Ms. Jackson and advised her that I had a sup call (which means customer wanted to speak with a supervisor). That day Loancare's computer systems were down and I had to use an

Emulator (which another program that is used as a backup for the main system). Often times there will be system issues-the internet not working does affect many of our software programs. I believe that I had used the emulator once before and this time I received a call and I could not pull up the bwrs acct because she wanted to use her SSN to pull up the account and I did not know how to do that in the Emulator. So I went to my supervisor and instead of coaching me or teaching me how it should be done she went to the SVP to try to get me in trouble. I realize that criticism is part of corporate America-I get that, but this was not productive criticism this was berating me. Criticism is only productive when it can be used to benefit the one who is criticized. This was a berating because she knew I did not yet form the knowledge to apply proper techniques to use Emulator and because she knew this it was berating me and not productively criticizing me. The second situation was when I had to send a request to my sup Jessica Jackson Jessica.Jackson@loancare.net about a Freedom mortgage loan (it's cited in the complaint I sent to HR).

2. This is racism because it was as if I was called the N-word. Treated like an invalid or less than, or ignorant. There was no move to help me become better in my job. It was as if (the dominant), Supervisor Jackson, pointed at me and said "this person is ignorant," by calling me into the SVP's office, a euphemism-used in a pejorative context. It was **a racist act** and I did not like it. I was also called a liar (also stated in the letter to Human Resources). This was **same race discrimination**. **Subjecting my work to heightened scrutiny** was meant to undermine my work and productivity. I am still receiving side effects from that incident.

3. I also have an issue with the write up that I received because I do not believe I released loan specific information. I believe that this was a **racist** stunt to once again undermine my work, destroy my spirit and keep me from being productive. With the write up, I would not be able to apply for another position within the company until I was cleared from this write-up. This did not affect me at the

time because I would have had to wait another 6 months anyway because I had to wait a year (according to the handbook) to get out anyhow. So after the 6 months I applied for many jobs (I can send you the job that I applied through indeed.com) and received one response, the Transfer Specialist position (I sent you emails speaking to that as well). Jessica told me that I am still under write up and therefore I could not apply for any other job. She also stated that other supervisors came to her and asked if I was a good candidate. She told them that I was still under a write-up.  I rebutted with the fact that my six months is over and therefore I had the right to go to another position. She stated that she will check with human resources but because the write-up was so severe (I still believe that I did not release any loan specific information) that the write-up would be longer than six months. This did not sit right with me so I went to Supervisor Dargis Martinez Dargis.Martinez@loancare.net. Dargis advised me that you can apply for opportunities even when you are in a write up because the next supervisor might not consider the write up you have as a problem. This gave me relief. Now getting back to Jessica and the Transfer Specialist position. Jessica never got back to me with the response from human resources and the Transfer Specialist job, that department moved forward with another candidate (check the HR email sent to you regarding this incident). But getting a rejection did not deter me. About two weeks later I was switched to morning shift with just about everyone from the night shift team. The supervisor for morning shift is Dargis Martinez. With Dargis Martinez I continued to apply for jobs but did not receive a response from anyone. I went to Dargis and asked if a supervisor came to her and asked if I could become a candidate. She stated that there was no one. This was odd to me so I proceeded to apply for every job that was available. In the meantime all of my co-workers moved on to other departments and I was still in customer service. This was disconcerting because I had the highest stats on my team and I was no longer in a write up, I have my B.A from Norfolk State University and 9 credits toward

my Master's degree from Regent University. So what exactly was the problem? What could possibly be the hindrance?

4. I was **not referred for employment** by both of my supervisors-Jessica Jackson and Dargis Martinez. This was the hindrance **AND IT COST ME POTENTIAL JOB INTERVIEWS**. A supervisor has to send out the "okay" for any one of their reps to leave the department (also in the emails). This apparently was not done based on the fact that I did not receive any responses and Jessica rejected the entire potential interview from other reps. She also delayed getting back to me (I believe it was purposefully done) about the Transfer Specialist position. So therefore I lost the interview (It was in the email that I sent to you). Jessica had moved to a new department and I was just about the only one from my original night team left in the department. I kept asking Dargis about other positions that I had applied for and she consistently stated that she has not received any responses. I denied a lateral position. Not being referred for employment is an unfair employment practice and other people winded up getting the position instead of me. I felt that my tenure and my qualifications were **ignored**.

5. I was denied a promotion. In January new incentives went out. I was denied this promotion even though I met all requirements. They made up this rule so that I would be denied my rightful place as a Customer Service Representative II. They made up this rule after the fact and it is not right (I emailed you the paperwork that I received).being denied from moving to another dept. and from going into the customer service position (where I would get new responsibilities, a raise and higher bonuses) was a way to keep me from growing in the company.

6. When I complained again to Benita Weaver Benita.Weaver@loancare.net I felt that I was ignored. I did NOT go to HR about not getting Customer Service II position. At this point the ambush became too much; I contacted the EEOC at this point in time. However, I was excited that I got the Doc Control Clerk position but then when I went to HR for the nonexempt

details, I was offered 13.07 (my base pay without the bonuses in CS). I countered and they were unwilling to pay beyond the 13.07 this was not a lateral position at all. I would be losing about 1000/month. I have spoken with another representative who moved on to the consumer solutions department. Her name is Vanessa and she stated that she received around 35000/ a year in this new position. In other words a lateral move. I was not offered the amount that I was worth. I don't see why I couldn't get this offer because the company would not be losing money by sending me to this position. If the department itself was not worth that amount then why was I not offered a job that would be lateral to my current paying amount?

Do you know stress causes cancer and many other ailments because it depresses the immune system? So I will be suing for 10 million dollars because of all of the history I just explained and undeserved stress. The toll this stress has put in my life is why I want to sue. 98% of all diseases are caused by stress according to: *www.healthylife-healthyplanet.com/stress.html*. I live my life trying to have no stress and these incidents have caused tears, anxiety, headaches diarrhea, colds, I believe aging, depression (fearful I was going to lose my job) and fluctuation of weight (binge eating and not eating). It has also caused me to lose time and being able to focus.

**ALL parties involved**
Jackson, Jessica <Jessica.Jackson@loancare.net>
Weaver, Benita <Benita.Weaver@loancare.net>
Martinez, Dargis <Dargis.Martinez@loancare.net>
Cheryl Lawson, Transfer Specialist Supervisor
Lee, Twila Twila.Lee@loancare.net
Radford, Karen <Karen.Radford@loancare.net>

Greene-Reid, Dawn Dawn.Greene-Reid@loancare.net
Foley, Thomas thomas.foley@loancare.net
Mateo, Bernadette Bernadette.Mateo@loancare.net
Jones, Candice candice.jones@loancare.net
Davidson, Alyce <alyce.davidson@loancare.net>


**ALL parties involved**
Jackson, Jessica <Jessica.Jackson@loancare.net>
Weaver, Benita <Benita.Weaver@loancare.net>
Martinez, Dargis <Dargis.Martinez@loancare.net>
Cheryl Lawson, Transfer Specialist Supervisor
Lee, Twila Twila.Lee@loancare.net
Radford, Karen <Karen.Radford@loancare.net>
Greene-Reid, Dawn Dawn.Greene-Reid@loancare.net
Foley, Thomas thomas.foley@loancare.net
Mateo, Bernadette Bernadette.Mateo@loancare.net
Jones, Candice candice.jones@loancare.net
Davidson, Alyce <alyce.davidson@loancare.net>


Hello my name is Jennifer Wilson and I want to take the time to write
down all of the negative acts that I have experienced with LoanCare. So
that I don't miss anything I will enumerate each act and why I feel these
acts were discriminatory.

1. Verbal Abuse: I had experienced verbal abuse about three times
   while I was with supervisor Jessica Jackson. The first one was
   when I was called into the SVP's office. The SVP at that time was
   Warren, Caroline Caroline.Warren@loancare.net. It happened after
   I went to the sup Ms. Jackson and advised her that I had a sup call
   (which means customer wanted to speak with a supervisor). That
   day Loancare's computer systems were down and I had to use an
   Emulator (which another program that is used as a backup for the

main system). Often times there will be system issues-the internet not working does affect many of our software programs. I believe that I had used the emulator once before and this time I received a call and I could not pull up the bwrs acct because she wanted to use her SSN to pull up the account and I did not know how to do that in the Emulator. So I went to my supervisor and instead of coaching me or teaching me how it should be done she went to the SVP to try to get me in trouble. I realize that criticism is part of corporate America-I get that, but this was not productive criticism this was berating me. Criticism is only productive when it can be used to benefit the one who is criticized. This was a berating because she knew I did not yet form the knowledge to apply proper techniques to use Emulator and because she knew this it was berating me and not productively criticizing me. The second situation was when I had to send a request to my sup Jessica Jackson Jessica.Jackson@loancare.net about a Freedom mortgage loan (it's cited in the complaint I sent to HR.

2. Here is the complaint:

Hello.
I am writing a revised version to my anonymous complaint against my sup Jessica Jackson. The revision is that I am willing to put my name on this complaint.
God put food on my table, God gave me my car and a place to lay my head before this job and he will continue to provide for me hereafter; no matter what happens I'll be fine.
But I have to consider anyone after me who is given a nonsense review and not provided with the full amount of resources. You see, this man or woman after me might have five kids they have to feed or they might need some type of medical plan for themselves or their kids and I have to fight for them.
That's why I am giving my name and asking for a review to be done to see if I was given all of my resources and also to see if I should be given my bonus during the months in which I had to email my sup when I

didn't have right fax.

I want a review to be done to see if I was properly managed. So that you know, my name is Jennifer Wilson hired in September of 2015. My agent ID is 5143.

1st copy:
Good Morning,

I have a complaint against my sup Jessica Jackson. And let me first say that I am doing this anonymously because I do not want a meeting or a session where my true feelings cannot be brought forth for fear of being fired or unfairly treated in the end.

I came in eight months ago and I received a new sup; I have never been under any other sup at LoanCare except for Jessica Jackson. About a month into my time in Customer Service, I was moved along with another new employee next to my sup Jessica Jackson. This was done so that if we had a problem I can go straight to the supervisor for any answers. I felt this was good because I did not have to bother my neighbor for any answers and I am getting the right information as well. Lately, however I feel this situation is a hindrance. An example would be last week when I had finished speaking with a borrower. An hour after speaking with her she had called and got David Jones, who came in a month after me. He had contacted me by email stating that all I had to do for this Bwr instead of submitting a task was go into Freedom EDMS. Freedom EDMS is a program, he explained, that will be obsolete next month. When I spoke with David, I informed him that I did not even know about freedom EDMS and therefore was not trained on how to use it. (If it had been there I would have used it). David said, "no worries, all I had to do when I found the document was just email the sup to send it to the Bwr."

This got me thinking, why did I not know about the program. Knowing about **all** programs would help deescalate my calls, help fulfill one call resolution and help keep my calls at 10 calls per hour.

Another situation was when I did not have Right fax. I thought that I did

not have Right fax, and what I was told by my sup Jessica, because Right fax contains important documents and I should not have access until I could handle important documents. I believed her and continued learning. Come to find out in January, David Jones had access to Right fax. Again, I questioned and thought why did I not have access to this information sooner, after all I'm sitting right next to the sup. She, at some point, could put me in Assistance and told me that I should use Right fax. Instead I was struggling to keep my calls up and having to email her after every call where the bwr requests a document. When I had to email: I was told numerous times after the email had been sent that something had been missing from the email and therefore the bwr was not sent the document. All this time, I feel was wasted, when I could have used the Right fax program and emailed the customer. I feel that not having Right fax disrupted my chances of getting my bonus for two months because I remained in follow-up or hold emailing Jessica for a file that needed to go out. I feel I should be refunded, but because this is anonymous I will let that go.

Also yesterday when I asked about going on vacation she stated that I would have to cc Maurice and follow protocol (this is something I already knew) but because Maurice was out of the office I knew I would receive an auto reply.  So I initially didn't email Maurice. I did (on the next email) cc Maurice but it was the way she stated "You have to follow protocol." As if I had just murdered someone and the dead body was lying on the floor next to me and she in turn was thinking: "You killed someone." It was an odd feeling and I never seen her look at me like that before. I feel this is important, the fact that she treated me like a criminal, because it brings me to my next point.

Last week, I was called into the Suffolk room. I was told that I am past verbal and now I am in a written status and this status comes from Human Resources because they deemed it necessary. She went over all of the escalated calls that were previously discussed in my time with the company. Some of the calls I don't remember because they were over a month ago. But the one call that stood out in my mind was the call that I had last week. This call was about a guy that had been calling, I believe, multiple times trying to get his 1040 D. He also stated that he needed

this document in 3 days. I had seen this document in previous loan files before, so I went to my sup and asked if she could escalate this request. She had asked me if the borrower had said it was urgent, I said yes based on the fact that the borrower needed it in 3 days. When Jessica reviewed the call she told me that because the borrower did not say "urgent" that I should not have escalated the call. But what should I have done, say to the borrower "Sorry. You have to wait 10 days for the document" when he needed the document in 3. Eventually he was going to ask for a supervisor because he, like anyone else, would want the document ASAP if it can be given. It turned out that that document could not be retrieved, but how is that my fault; I did everything that I knew to do for the borrower. Then when the call was reviewed by her she called me a liar because I had stated that it was urgent when the borrower did not utter those words. I am not a liar and to be called a liar is hurtful. To sum up the whole matter, I feel like sitting next to Jessica is only giving me breadcrumbs and has not furthered me in my knowledge. I feel that those situations, although important, are skewed to deem me a liar and I don't like it.

Sincerely,

Anonymous

Thanks
Sent from Yahoo Mail on Android

3. This is racism because it was as if I was called the N-word. Treated like an invalid or less than, or ignorant. There was no move to help me become better in my job. It was as if (the dominant), Supervisor Jackson, pointed at me and said "this person is ignorant," by calling me into the SVP's office, a euphemism-used

in a pejorative context. It was **a racist act** and I did not like it. I was also called a liar (also stated in the letter to Human Resources). This was **same race discrimination**. **Subjecting my work to heightened scrutiny** was meant to undermine my work and productivity. I am still receiving side effects from that incident.

4. I also have an issue with the write up that I received because I do not believe I released loan specific information. I believe that this was a **racist** stunt to once again undermine my work, destroy my spirit and keep me from being productive. With the write up, I would not be able to apply for another position within the company until I was cleared from this write-up. This did not affect me at the time because I would have had to wait another 6 months anyway because I had to wait a year (according to the handbook) to get out anyhow. So after the 6 months I applied for many jobs (I can send you the job that I applied through indeed.com) and received one response, the Transfer Specialist position (I sent you emails speaking to that as well). Jessica told me that I am still under write up and therefore I could not apply for any other job. She also stated that other supervisors came to her and asked if I was a good candidate. She told them that I was still under a write-up. I rebutted with the fact that my six months is over and therefore I had the right to go to another position. She stated that she will check with human resources but because the write-up was so severe (I still believe that I did not release any loan specific information) that the write-up would be longer than six months. This did not sit right with me so I went to Supervisor Dargis Martinez Dargis.Martinez@loancare.net. Dargis advised me that you can apply for opportunities even when you are in a write up because the next supervisor might not consider the write up you have as a problem. This gave me relief. Now getting back to Jessica and the Transfer Specialist position. Jessica never got back to me with the response from human resources and the Transfer Specialist job, that department moved forward with another candidate (check the HR email sent to you regarding this incident). But getting a rejection did not deter me. About two weeks later I

was switched to morning shift with just about everyone from the night shift team. The supervisor for morning shift is Dargis Martinez. With Dargis Martinez I continued to apply for jobs but did not receive a response from anyone. I went to Dargis and asked if a supervisor came to her and asked if I could become a candidate. She stated that there was no one. This was odd to me so I proceeded to apply for every job that was available. In the meantime all of my co-workers moved on to other departments and I was still in customer service. This was disconcerting because I had the highest stats on my team and I was no longer in a write up, I have my B.A from Norfolk State University and 9 credits toward my Master's degree from Regent University. So what exactly was the problem? What could possibly be the hindrance?

5. I was **not referred for employment** by both of my supervisors-Jessica Jackson and Dargis Martinez. This was the hindrance **AND IT COST ME POTENTIAL JOB INTERVIEWS**. A supervisor has to send out the "okay" for any one of their reps to leave the department (also in the emails). This apparently was not done based on the fact that I did not receive any responses and Jessica rejected the entire potential interview from other reps. She also delayed getting back to me (I believe it was purposefully done) about the Transfer Specialist position. So therefore I lost the interview (It was in the email that I sent to you). Jessica had moved to a new department and I was just about the only one from my original night team left in the department. I kept asking Dargis about other positions that I had applied for and she consistently stated that she has not received any responses. I denied a lateral position. Not being referred for employment is an unfair employment practice and other people winded up getting the position instead of me. I felt that my tenure and my qualifications were **ignored**.

6. I was denied a promotion. In January new incentives went out_____ I was denied this promotion even though I met all requirements. They made up this rule so that I would be denied my rightful place as a Customer

Service Representative II. They made up this rule after the fact and it is not right (I emailed you the paperwork that I received).being denied from moving to another dept. and from going into the customer service position (where I would get new responsibilities, a raise and higher bonuses) was a way to keep me from growing in the company.

7. When I complained again to Benita Weaver
Benita.Weaver@loancare.net I felt that I was ignored. I did go to HR about not getting a position_____
I was excited that I got this position but then when I went to HR for the nonexempt details, I was offered 13.07 ( my base pay without the bonuses in CS). I countered and they were unwilling to pay beyond the 13.07 this was not a lateral position at all. I would be losing about 1000/month. I have spoken with another representative who moved on to the consumer solutions department. Her name is Vanessa and she stated that she received around 35000/ a year in this new position. In other words a lateral move. I was not offered the amount that I was worth. I don't see why I couldn't get this offer because the company would not be losing money by sending me to this position. If the department itself was not worth that amount then why was I not offered a job that would be lateral to my current paying amount?

6.
Do you know stress causes cancer and many other ailments because it depresses the immune system? So I am also suing for undeserved stress. The toll this has caused and untold stress this has put in my life is why I want to sue. 98% of all diseases are caused by stress according to: *www.healthylife-healthyplanet.com/stress.html*. I live my life trying to have no stress and these incidents have caused tears, anxiety, headaches diarrhea, colds, I believe aging, depression (fearful I was going to lose my job) and fluctuation of weight (binge eating and not eating). It has also caused me to lose time and being able to focus.

**ALL parties involved**
Jackson, Jessica <Jessica.Jackson@loancare.net>
Weaver, Benita <Benita.Weaver@loancare.net>
Martinez, Dargis <Dargis.Martinez@loancare.net>
Cheryl Lawson, Transfer Specialist Supervisor
Lee, Twila Twila.Lee@loancare.net
Radford, Karen <Karen.Radford@loancare.net>
Greene-Reid, Dawn Dawn.Greene-Reid@loancare.net
Foley, Thomas thomas.foley@loancare.net
Mateo, Bernadette Bernadette.Mateo@loancare.net
Jones, Candice candice.jones@loancare.net
Davidson, Alyce <alyce.davidson@loancare.net>


**ALL parties involved**
Jackson, Jessica <Jessica.Jackson@loancare.net>
Weaver, Benita <Benita.Weaver@loancare.net>
Martinez, Dargis <Dargis.Martinez@loancare.net>
Cheryl Lawson, Transfer Specialist Supervisor
Lee, Twila Twila.Lee@loancare.net
Radford, Karen <Karen.Radford@loancare.net>
Greene-Reid, Dawn Dawn.Greene-Reid@loancare.net
Foley, Thomas thomas.foley@loancare.net
Mateo, Bernadette Bernadette.Mateo@loancare.net
Jones, Candice candice.jones@loancare.net
Davidson, Alyce <alyce.davidson@loancare.net>

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRIGINIA**
_____ **DIVISION**

_Jennifer Wilson_
_____
Plaintiff(s),

v.

_LoanCare LLC_
_____
Defendant(s).

Civil Action Number: _____

## LOCAL RULE 83.1(M) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of _Complaint for Employment_
_Discrimination_
**(Title of Document)**

_Jennifer Wilson_
_____
Name of *Pro Se* Party (Print or Type)

_Jennifer Wilson_
_____
Signature of *Pro Se* Party

Executed on: _01/24/2018_ (Date)

**OR**

The following attorney(s) prepared or assisted me in preparation of _____.
**(Title of Document)**

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)