Good morning,

I wanted to request a trial date for the employment discrimination case I have against Loancare LLC, A ServiceLink Company. The case # is 218CV47. My case was granted and sent on 1/26 and they had 30 days to respond. Because no response was given I want to have my 5th and 14th amendment enacted. If you want my trial date, I ask for the case to start in 15 days.

If anything has to be given to Loancere their address is 3637 Sentara Way Virginia Beach Va 23502



FILED
FEB 28 2018
CLERK, US DISTRICT COURT
NORFOLK, VA

2/28/18